IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**HUGHIE JOE MURPHY**                                                                                    **PLAINTIFF**

v.                                    Case No. **2:21-cv-00002 KGB**

**WRIGHT MEDICAL TECHNOLOGY
INC.** *et al.*                                                                                                **DEFENDANTS**

## ORDER

Before the Court is the parties' joint notice of stipulated dismissal (Dkt. No. 30). The joint notice of stipulated dismissal accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint notice of stipulated dismissal. The action is dismissed with prejudice. The Clerk is directed to close the case and remove it from the Court's June 12, 2023, trial calendar.

So ordered this 15th day of May, 2023.

_____
Kristine G. Baker
United States District Judge